IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DAVID DWAYNE CASSADY, a/k/a DANA MARIE CASSADY, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY DOZIER, Commissioner; SHAWN EMMONS, Warden; ANGELYN CURRY, Manager, Inmate Affairs; TOM MCELHANEY, Deputy Director of Medical Services; SHARON LEWIS, State Medical Director; and DOES 1-30, <br><br> Defendants. | CV 317-035 |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 10). In his objections, Plaintiff concedes he failed to include all his previous lawsuits and requests the Court dismiss his complaint without prejudice so he may correct the various defects in his complaint. (Id.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for Plaintiff's abuse of the judicial process, and **CLOSES** this civil

action.

SO ORDERED this 27th day of November, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE